# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JACKSON HEWITT, INC.,**  *Plaintiffs,*  v.  **TAX AFFAIR INC., et al.,**  *Defendants.* | Civil Action No. 22-4346(MCA)  ORDER |

**THIS MATTER** comes before the Court by way of Plaintiff's motion for attorneys' fees, ECF No. 117;

and it appearing that Judge Adams issued a Report and Recommendation dated March 21, 2025, in which Judge Adams recommended that this Court grant Plaintiff's motion for attorneys' fees, ECF No. 117; and

it appearing that neither Defendant nor Plaintiff have filed any objections to the Report and Recommendation; and

it appearing that for the reasons set forth in Judge Adams Report and Recommendation;

**IT IS** on this 21st day of April, 2025,

**ORDERED** that Judge Adams's Report and Recommendation dated March 21, 2025 is **ADOPTED** and Plaintiff's motion is **GRANTED**. Case is closed.

*s/ Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**United States District Judge**